# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STUART A. SARSHIK,

    Plaintiff,

vs.                                          No. 11-CV-927 WPJ/ACT

CORRECTIONAL MEDICAL
SERVICES, INC.,

    Defendants.

## ORDER EXTENDING DEADLINE

THIS MATTER comes before the Court on the parties Joint Motion to Modify Scheduling Order. [Doc.77.]   The parties have requested an extension of the deadline to file discovery motions.

The Court's Order Adopting Joint Status Report and Provisional Discovery Plan with Changes and Setting Case Management Deadlines ("the Order") [Doc. 43] set the deadline for filing discovery motions on May 23, 2012.  The Order will be amended and the deadline for filing discovery motions is extended to June 1, 2012.

**IT IS SO ORDERED.**

                                                           _____
                                                           Alan C. Torgerson
                                                           United States Magistrate Judge